IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

      Plaintiff,                    No. CIV S-04-1088 LKK JFM P

    vs.

CITY OF SACRAMENTO, et al.,

      Defendants.           <u>ORDER</u>

                              /

        On May 17, 2005, plaintiff filed a motion to compel. Said motion is set for hearing before the undersigned on June 23, 2005 at 11:00 a.m. in Courtroom # 26. On June 20, 2005, the parties filed a document which they represent to be a joint discovery stipulation pursuant to Local Rule 37-251. The parties have not satisfied the meet and confer requirements of that rule.

        Accordingly, IT IS ORDERED that:

        1. On June 23, 2005, at 11:00 a.m., the parties shall meet and confer in person concerning the matters at issue in plaintiff's May 17, 2005 motion to compel;

        2. Said meeting shall take place at the United States Courthouse, 501 I Street, Sacramento, California;

/////

1

1    3.  The parties shall forthwith contact Connie Farnsworth, Courtroom Deputy, to
obtain a specific location within the courthouse for the meeting required by this order;

    4.  Within five days from June 23, 2005, the parties shall file a joint stipulation
reporting on the results of the conference required by this order; and

    5.  Plaintiff's motion to compel shall be reset for hearing, if necessary, by
subsequent court order.

DATED: June 21, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
afsh1088.251