IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

    Plaintiff,                    No. CIV S-04-1088 LKK JFM

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.             ORDER

_____/

        On May 17, 2005, plaintiff filed a motion to compel further responses to discovery and overrule objections.  The initial hearing on that motion, June 16, 2005, was continued to June 23, 2005, and the June 23 hearing was subsequently dropped from calendar and the parties were required to comply with Local Rule 37-251.  On June 28, 2005, a joint discovery stipulation was filed.  On June 29, 2005, a second joint discovery stipulation was filed, accompanied by a declaration by counsel for defendant County of Sacramento.  On June 29, 2005, counsel for plaintiff filed a responsive declaration.

        These filings demonstrate that counsel have not complied with Local Rule 37-251(c).  Accordingly, counsel will be provided one final opportunity to meet and confer, in good faith, and provide a joint stipulation consistent with Local Rule 37-251 as to the merits of the

1

May 17, 2005 motion to compel. This matter will be placed on this court's August 4, 2005 law and motion calendar for oral argument on the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. No later than Friday, July 29, 2005, counsel shall file a joint stipulation pursuant to Local Rule 37-251.

2. Plaintiff's May 17, 2005 motion to compel is set for hearing on Thursday, August 4, 2005, at 11:00 a.m. before the undersigned.

DATED: July 14, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; afshar.con2

2