UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        Plaintiff,

   v.

CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and SHERIFF LOU BLANAS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department,

        Defendants.

NO. CIV. S-04-1088 LKK/JFM

O R D E R

The court is in receipt of motions for summary judgement from the Sacramento City and County defendants. The court is also in receipt of plaintiff's opposition to the motions for summary judgement and plaintiff's motion to amend the scheduling order and complaint. Plaintiff seeks to amend the complaint by deleting as parties defendants the City of Sacramento and the Sacramento Police Department and adding an individual, Deputy Sheriff Spaid, who allegedly initiated the excessive use of force. By virtue of the

1

1  proposed first amended complaint, it is clear that plaintiff no
2  longer seeks to impose liability on the City of Sacramento and the
3  Sacramento City Police Department.  Therefore, the City defendants
4  are dismissed and the Clerk is directed to enter judgment
5  accordingly.
6      With respect to the County defendants, the County is directed
7  to file an opposition to the motion to amend the scheduling order
8  and complaint by 4:30 p.m. on Wednesday, November 2, 2005.
9  Plaintiff's reply brief, if any, shall be filed not later than 4:30
10 p.m. on Monday, November 7, 2005.  Thereafter, the matter will
11 stand submitted without oral argument.
12     Ruling on the County defendants' motion for summary judgement
13 is deferred pending resolution of the motion to amend.  The hearing
14 originally scheduled for November 7, 2005 is vacated.
15     IT IS SO ORDERED.
16     DATED: October 27, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2