UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

                                        NO. CIV. S-04-1088 LKK/JFM

          Plaintiff,

     v.

                                        O R D E R

CITY OF SACRAMENTO; SACRAMENTO
POLICE DEPARTMENT; COUNTY OF
SACRAMENTO; SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT; and SHERIFF
LOU BLANAS, individually and in his
official capacity as Sheriff of the
Sacramento County Sheriff's Department,

          Defendants.
_____/

     The court is in receipt of the parties' pretrial statements.

A Pretrial Conference is currently set for February 6, 2006 at 2:00

p.m.  Also pending before the court are cross-motions for summary

judgment, which are set to be heard on the court's February 27,

2006 law and motion calendar.  Given the pending cross-motions, the

Pretrial Conference is CONTINUED to June 6, 2006 at 2:30 p.m.

     DATED:  January 24, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT