UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        NO. CIV. S-04-1088 LKK/JFM

    Plaintiff,

   v.

        O R D E R

CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and SHERIFF LOU BLANAS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department,

    Defendants.
_____/

    Pending before the court is defendants' motion for reconsideration of the court's March 27, 2006 order.  In that order, the court denied cross-motions for summary judgment as to plaintiff's Monell claim, but granted defendants' motion as to all other claims raised in plaintiff's complaint.  The court also granted defendants' motion as to defendant Blanas' liability in his official capacity but denied defendants' motion as to Blanas' liability in his personal capacity.

////

1

1    Pursuant to Fed. R. Civ. P. 60(b), a "court may relieve a
2 party . . . from final judgment, order, or proceeding for the
3 following reasons . . . . (6) any other reason justifying relief
4 from the operation of judgment." Generally speaking, before
5 reconsideration may be granted there must be a change in the
6 controlling law or facts, the need to correct a clear error, or the
7 need to prevent manifest injustice. See United States v. Alexander,
8 106 F.3d 874, 876 (9th Cir. 1997).
9    In the case at bar, the court committed clear error when it
10 denied defendants' motion for summary judgment with respect to
11 defendant Blanas' liability in his personal capacity. On February
12 27, 2006, the court heard oral argument on the cross-motions for
13 summary judgment. During argument, the following dialogue took
14 place between the court and counsel for plaintiff (Mr. Gorski):

> COURT: Mr. Gorski, what you have argued, as best I can tell, is whether or not there is a cause of action under Monell against the County. You have not responded at all to any of the other claims, and I assume that you have just waived those?
>
> MR. GORSKI:   Correct, your honor.

19    A plain reading of the hearing transcript makes clear that
20 plaintiff's counsel waived all his claims, with the exception of
21 the Monell claim against the county. It was therefore an error for
22 the court to deny defendants' motion for summary judgment as to the
23 claims against defendant Blanas.
24    The court's March 27, 2006 order is hereby AMENDED to include
25 the following language: with respect to all claims against
26 defendant Blanas, defendants' motion for summary judgment is

2

1  GRANTED.  The hearing on the motion for reconsideration originally
2  scheduled for May 15, 2006 is hereby VACATED.
3       IT IS SO ORDERED.
4       DATED: May 1, 2006.
5                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3