UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        Plaintiff,

    v.

CITY OF SACRAMENTO; SACRAMENTO
POLICE DEPARTMENT; COUNTY OF
SACRAMENTO; SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT; and SHERIFF
LOU BLANAS, individually and in his
official capacity as Sheriff of the
Sacramento County Sheriff's Department,

        Defendants.
_____/

NO. CIV. S-04-1088 LKK/JFM

O R D E R

    The court is in receipt of defendants' motion to strike plaintiff's supplemental disclosures as well as plaintiff's motion to amend the scheduling order. The motion to strike was originally set for oral argument on May 30, 2006 at 10:00 a.m. On May 15, 2006, plaintiff filed an opposition to the motion to strike as well as the motion to amend the scheduling order. Given that the two motions present identical questions and given that defendants need an opportunity to file an opposition to the motion to amend the scheduling order, the court CONTINUES oral argument on both motions

1

1  to June 12, 2006 at 10:00 a.m.  Defendants shall file an opposition
2  to the motion to amend the scheduling order no later than May 30,
3  2006.
4      IT IS SO ORDERED.
5      DATED:  May 17, 2006.

                                    /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2