UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        Plaintiff,

    v.

CITY OF SACRAMENTO; SACRAMENTO
POLICE DEPARTMENT; COUNTY OF
SACRAMENTO; SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT; and SHERIFF
LOU BLANAS, individually and in his
official capacity as Sheriff of the
Sacramento County Sheriff's Department,

        Defendants.
_____/

NO. CIV. S-04-1088 LKK/JFM

O R D E R

    On May 17, 2006, the court issued an order continuing oral argument on both a motion to strike and a motion to amend the scheduling order. The motions are currently scheduled to be heard on the June 12, 2006 law and motion calendar. The court is aware that the Pretrial Conference is currently set for June 5, 2006 at 2:30 p.m. No trial date has been set.

////

////

////

1

1     Given the pending motions, the Pretrial Conference is
2  CONTINUED to July 10, 2006 at 3:00 p.m.  At that conference, the
3  trial date will be set.
4     IT IS SO ORDERED.
5     DATED: May 22, 2006.

                                   /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2