UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        Plaintiff,

    v.                            CIV. NO. S-04-1088 LKK/JFM

CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and SHERIFF LOU BLANAS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department,

        Defendants.
_____/

DON ANTOINE,

        Plaintiff,

    v.                            CIV. NO. S-06-1349 WBS/GGH

COUNTY OF SACRAMENTO, et al.,     NON-RELATED CASE ORDER

        Defendants.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed June 20, 2006.  See Local Rule 83-

1  123, E.D. Cal. (1997).  The court has determined, however, that it
2  is inappropriate to relate or reassign the cases, and therefore
3  declines to do so.  This order is issued for informational purposes
4  only, and shall have no effect on the status of the cases,
5  including any previous Related (or Non-Related) Case Order of this
6  court.
7      IT IS SO ORDERED.
8      DATED: June 26, 2006.
9                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
10                                   UNITED STATES DISTRICT COURT

2