IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

      Plaintiff,                    No. CIV S-04-1088 LKK JFM

   vs.

CITY OF SACRAMENTO, et al.,

      Defendants.           ORDER

_____/

        Presently calendared for hearing on November 30, 2006 is defendants' motion to compel rule 26 disclosures from plaintiff and a request for expenses. Pursuant to Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The hearing date of November 30, 2006 on defendants' November 3, 2006 motion to compel is vacated.

        2. Defendants' November 3, 2006 motion to compel is granted.

        3. By close of business Monday, December 4, 2006, by hand delivery, plaintiff shall provide to defendants' counsel a list of cases in which Mr. Twomey has testified as an expert witness, at trial and/or in deposition, within the last four years. Fed. R. Civ. P. 26(2)(B).

1

1      3. Defendants are granted reasonable expenses of bringing this motion in the
2 amount of $350.00. Fed. R. Civ. P. 37(a)(4)(A).
3 DATED: November 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

7 /001; afshar.mtc4

2