UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAFAR AFSHAR,

        Plaintiff,

    v.

CITY OF SACRAMENTO, et al.,

        Defendants.
_____/

NO. Civ.S-04-1088 LKK/JFM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    The court has been advised that the above-captioned case has settled pursuant to a settlement conference held on January 3, 2008. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

1

1 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2     IT IS SO ORDERED.

3     DATED: January 7, 2008.

```
                           /s/ Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```

2