| | |
|---|---|
| 1 | RANDOLPH CREGGER & CHALFANT LLP |
| | ROBERT L. CHALFANT, SBN 203051 |
| 2 | 1030 G Street |
| | Sacramento, California  95814 |
| 3 | Telephone:  (916) 443-4443 |
| | Telecopier:  (916) 443-2124 |
| 4 | |
| | Attorneys for Defendants |
| 5 | COUNTY OF SACRAMENTO, SACRAMENTO |
| | COUNTY SHERIFF'S DEPARTMENT and |
| 6 | SHERIFF LOU BLANAS, individually and in official |
| | capacity as Sheriff of the Sacramento County |
| 7 | Sheriff's Department |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAFAR AFSHAR, | | NO. CIV. S-04-1088 LKK JFM |
| Plaintiff, | | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | | |
| CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS individually and in official capacity as Sheriff of the Sacramento County Sheriff's Department, DOES I through XXX, inclusive, | | |
| Defendants. | | |
| _____/ | | |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

Dated: January 30, 2008          GARY GORSKI
                                 DANIEL M..KARALASH


                                 /s/ Gary Gorski
                                 GARY GORSKI/DANIEL M. KARALASH
                                 Attorneys for Plaintiff JAFAR AFSHAR

**Randolph Cregger & Chalfant**

- 1 -
STIPULATION OF DISMISSAL AND ORDER THEREON

1  Dated: January 30, 2008                RANDOLPH CREGGER & CHALFANT LLP

2

3                                          /s/ Robert L. Chalfant
                                          ROBERT L. CHALFANT
4                                          Attorneys for Defendants COUNTY OF SACRAMENTO,
                                          SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
5

6

7                                          **ORDER**

8          IT IS SO ORDERED.

9   Dated: January 31, 2008.

10

11
                                          _____
12                                         LAWRENCE K. KARLTON
                                          SENIOR JUDGE
13                                         UNITED STATES DISTRICT COURT

**Randolph Cregger & Chalfant**

- 2 -
STIPULATION OF DISMISSAL AND ORDER THEREON